# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROYCE BROWN

VERSUS

DOUG WELBORN, IN HIS
CAPACITY AS THE CLERK OF
COURT FOR THE PARISH OF EAST
BATON ROUGE; ET AL

NO. 2026 CW 0396

**MAY 18, 2026**

---

In Re:   Royce Brown, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         768835.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

   **WRIT GRANTED IN PART WITH ORDER AND DENIED IN PART.** The writ
is granted in part and the district court is ordered to mail a
copy of the pauper order signed by the court on November 25, 2025
to relator, Royce Brown. The writ is denied in all other respects
as the merits of the action have not yet been ruled on by the
district court.

                         PMc
                         HG
                         TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT